■ In the Matter of NORMAN I. LIDA (Admitted as NORMAN IRWIN LIDA), a Suspended Attorney. [657 NYS2d 891] —Application for reinstatement granted to the extent of referring this matter back to the Departmental Disciplinary Committee for a hearing, where petitioner will have the burden of establishing by clear and convincing evidence that he possesses the requisite character and general fitness to resume the practice of law. No opinion. Concur—Sullivan, J. P., Wallach, Nardelli, Rubin and Mazzarelli, JJ.

■ In the Matter of HOWARD S. RIPPS, a Suspended Attorney. [657 NYS2d 273] —Motion for reconsideration of the sanction imposed is denied. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Rubin and Williams, JJ.